UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
MAY 2 8 2025
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | CAUSE NO. 1:25-cr-00108-SEB-KMB |
| ) | |
| TYLER THOMAS, ) | |
| ) | |
| Defendant. ) | |

## **INDICTMENT**

The Grand Jury charges that:

### COUNT 1
### Sexual Exploitation of a Child
### 18 U.S.C. § 2251(a) and (e)

Between on or about July 3, 2024, and on or about July 4, 2024, in the Southern District of Indiana, the Defendant, TYLER THOMAS, did employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct and knew and had reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed, and that visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and that visual depiction has been transported and transmitted using any means and facility of interstate commerce and in and affecting interstate and foreign commerce: to wit, TYLER THOMAS did employ, use, persuade, induce, entice, and coerce Minor Victim 1 to engage in sexually explicit conduct for the

purpose of producing any visual depiction of such conduct, including but not limited to the file listed below:

| Count | File Name | Description |
|---|---|---|
| 1 | EiQSFVFNbkp4cWJCc0NHa1BtWTAxbkRlNBoAGgAyAQNIAlAEYAE~v4.mp4 | This video is a screen recording of a live chat between THOMAS and Minor Victim 1 via Snapchat. The video first depicts a chat message from Minor Victim 1 being opened. The video then shows Minor Victim 1's hand stimulating the penis of an unidentified animal. Minor Victim 1's name is shown at the bottom of the video in a chat window. |

In violation of Title 18, United States Code, Section 2251(a) and (e).

COUNTS 2-3
Distribution of Child Pornography
18 U.S.C. § 2252A(a)(2)(A) and (b)(1)

On or about the dates listed below in each separate Count, in the Southern District of Indiana and elsewhere, the Defendant, TYLER THOMAS, knowingly distributed any child pornography using any means and facility of interstate and foreign commerce and that has been mailed, and has been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer; to wit, TYLER THOMAS knowingly distributed via Snapchat images depicting child pornography for each Count below:

| Count | On or about Date | Recipient | Filename | Description |
|---|---|---|---|---|
| 2 | July 7, 2024 | Individual A | EiQSFVhZQ3JRQzhrbVFRUlpSclYzRnR2NhoAGgAyAQNIAlAEYAE~v4.jpeg | The image file depicts Minor Victim 2, who was fully nude, and standing in front of a grey and white striped bathroom curtain. Minor Victim 2's foot is placed on a bathroom countertop displaying her vagina. Minor Victim 2's breasts are also visible. Minor Victim 2 appears to be taking the photograph of herself in a bathroom mirror with a cellular telephone. |

| 3 | July 7, 2024 | Minor Victim 2 | EiQSFTJVRXFZ N1ljZjhUSlhKazd EdXZwVxoAGg AyAQNIAlAEY AE~v4.jpeg | The image file depicts Minor Victim 2 kneeling on a floor. Minor Victim 2's nude anus and vagina are visible and are the focal point of the image. Minor Victim 2's face was not visible. |

Each Count is a separate violation of Title 18, United States Code, Section 2252A(a)(2)(A) and (b)(1).

### COUNT 4
Possession of Child Pornography
18 U.S.C. § 2252A(a)(5)(B) and (b)(2)

On or about February 11, 2025, within the Southern District of Indiana and elsewhere, the defendant, TYLER THOMAS, knowingly possessed and knowingly accessed with intent to view any book, magazine, periodical, film, videotape, computer disk, and any other material that contains an image of child pornography that has been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that have been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and any image of child pornography involved in the offense involved a prepubescent minor or a minor who had not attained 12 years of age; to wit, the defendant, TYLER THOMAS did knowingly possess a Samsung Galaxy A15 5G cellphone that contained child pornography, including but not limited to the following files:

|   | File | Description |
|---|------|-------------|
| A | 20c39c1af36b9722b3c746542b1ae189 | A video file depicting a known minor female laying on a floor masturbating with a teal-colored hairbrush. The female is completely nude with her vagina, anus and breasts visible. The video appeared to be recorded with a device on the floor in front of the female. |

| B | fa592ac9bd79cf22723c9763502df690 | A video file depicting Minor Victim 1 masturbating with a pink spray bottle. Minor Victim 1's vagina and hand are the focal points of the video. Minor Victim 1's face was not visible. She was wearing a pink shirt and had blue painted fingernails. A blue bedsheet is visible in the background. |
| C | 6c09430012054d3b278c52e461c19a28 | A video file depicting Minor Victim 1 masturbating with her fingers inside her vagina. Minor Victim 1's hand, fingers and vagina are the focal points of the video. Her face was not visible. Her fingernails were painted blue. Minor Victim 1's vagina is clearly visible. A blue bedsheet is visible in the background. |

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

COUNT 5
Committing an Offense While
Required to Be Registered as a Sex Offender
18 U.S.C. § 2260A

Between on or about July 3, 2024, and on or about July 4, 2024, within the Southern District of Indiana, the defendant, TYLER THOMAS, an individual required by Federal or other law to register as a sex offender, committed a felony offense involving a minor under Title 18, United States Code, Section 2251.

In violation of Title 18, United States Code, Section 2260A.

**PRIOR CONVICTION ALLEGATION**

The defendant, TYLER THOMAS, has the following prior final convictions: TYLER THOMAS was previously convicted of Child Exploitation, in violation of Indiana Code Section 35-42-4-4 and Sexual Misconduct with a Minor, in violation of Indiana Code Section 35-42-4-9 on or about November 4, 2016, in the Rush Circuit Court, Rush County, Indiana.

These prior convictions may affect the penalty provisions associated with Counts 1-4, pursuant to Title 18, United States Code, Sections 2251(e), 2252A(b)(1), and 2252A(b)(2).

## FORFEITURE ALLEGATION

1. The allegations contained in Counts 1 through 5 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2253.

2. Pursuant to Title 18, United States Code, Section 2253, upon conviction of an offense in violation of Title 18, United States Code, Section 2251 and/or 2252A, the defendant, TYLER THOMAS, shall forfeit to the United States of America

    a. any visual depiction described in section 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter;

    b. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and (3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

The property to be forfeited includes, but is not limited to, the following:

Black LG cell phone with Sprint micro-SD card
Black Motorola cell phone with Verizon micro-SD card
Blue Samsung cell phone in black and gray case
(Collectively, Asset Identification Number 25-FBI-002816)

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b) and Title 28, United States Code, Section 2461(c).

A TRUE BILL:



JOHN E. CHILDRESS
Acting United States Attorney

By: _____
Tiffany J. Preston
Assistant United States Attorney
::KMS